# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| T. S. CHADWICK CO.AN ILLINOIS CORPO | § | Case No. 09-08138 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BARRY A. CHATZ_____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |
|---|---|
| Case No: 09-08138  PSH  Judge: PAMELA S. HOLLIS | Trustee Name: BARRY A. CHATZ |
| Case Name: T. S. CHADWICK CO. AN ILLINOIS CORPO | Date Filed (f) or Converted (c): 03/11/09 (f) |
| | 341(a) Meeting Date: 04/03/09 |
| For Period Ending: 02/25/13 | Claims Bar Date: 07/07/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 14,000.00 | 12,560.64 | OA | 12,560.64 | FA |
| 2. CONTINGENT CLAIMS | 0.00 | 0.00 | OA | 90,000.00 | FA |
| CLAIM AGAINST WESTERN HERITAGE INSURANCE CO. FOR EXCESS PROFITS PER BINDING CONTRACT ON POLICIES UDERWRITTEN AND/OR ISSUED | | | | | |
| 3. OFFICE EQUIPMENT | 1,000.00 | Unknown | OA | 0.00 | FA |
| MISCELLANEOUS OFFICE FURNITURE IN DEBTOR'S POSSESSION | | | | | |
| 4. MACHINERY AND SUPPLIES | 500.00 | Unknown | OA | 0.00 | FA |
| 2 COMPUTERS IN DEBTOR'S POSSESSION | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | OA | 7.97 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $15,500.00 | $12,560.64 | | $102,568.61 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE FILED ADVERSARY FOR RECOVERY OF MONEY - 09 A 1340 - CHATZ V. WESTERN HERITAGE INSURANCE COMPANY. ADVERSARY RECENTLY SETTLED AND $90,000 SETTLEMENT PAYMENT RECEIVED BY ESTATE; COMPLETE CLAIMS REVIEW; PREPARE TFR.

Initial Projected Date of Final Report (TFR): 06/30/10     Current Projected Date of Final Report (TFR): 06/30/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-08138 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9900  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9808 | | |
| For Period Ending: | 02/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/03/09 | 1 | T S CHADWICK COMPANY | BANK ACCOUNT | 1129-000 | 12,494.69 | | 12,494.69 |
| 04/03/09 | 1 | T S CHADWICK COMPANY | BANK ACCOUNT | 1129-000 | 65.95 | | 12,560.64 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 12,560.88 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,561.20 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,561.51 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,561.83 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,562.15 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,562.46 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,562.78 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,563.09 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,563.41 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,563.73 |
| 02/12/10 | 000301 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 12.29 | 12,551.44 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.29 | | 12,551.73 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,552.05 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,552.36 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,552.68 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,552.99 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,553.31 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,553.63 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,553.94 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,554.26 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,554.57 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,554.89 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,555.21 |
| | | | Page Subtotals | | 12,567.50 | 12.29 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 09-08138 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9900 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9808 | | | |
| For Period Ending: | 02/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/04/11 | 000302 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 10.83 | 12,544.38 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,544.48 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,544.59 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,544.69 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,544.80 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,544.90 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,545.00 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,545.11 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,545.21 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,545.32 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.98 | 12,529.34 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,529.44 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.45 | 12,513.99 |
| 12/20/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 12,514.06 |
| 12/20/11 | | Transfer to Acct #*******7675 | Bank Funds Transfer | 9999-000 | | 12,514.06 | 0.00 |
| | | | COLUMN TOTALS | | 12,568.61 | 12,568.61 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 12,514.06 | |
| | | | Subtotal | | 12,568.61 | 54.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,568.61 | 54.55 | |

Page Subtotals  1.11  12,556.32

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-08138 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | T. S. CHADWICK CO. AN ILLINOIS CORPO | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7675 BofA - Checking Account |
| Taxpayer ID No: | *******9808 | | |
| For Period Ending: | 02/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 12/20/11 | | Transfer from Acct #*******9900 | Bank Funds Transfer | | 9999-000 | 12,514.06 | | 12,514.06 |
| 01/17/12 | 2 | Western Heritage Insurance Company | LITIGATION SETTLEMENT | | 1121-000 | 90,000.00 | | 102,514.06 |
| | | | Bank Serial #: 000000 | | | | | |
| 01/18/12 | 003001 | Robbins, Salomon & Pratt, Ltd | ATTORNEY FOR TRUSTEE | | | | 33,347.43 | 69,166.63 |
| | | 25 E. Washington Street | PURSUANT TO 1/12/12 COURT ORDER | | | | | |
| | | Suite 1000 | | | | | | |
| | | Chicago, IL 60602 | | | | | | |
| | | | Fees | 23,851.10 | 3210-000 | | | |
| | | | Expenses | 9,496.33 | 3220-000 | | | |
| 01/20/12 | | Transfer to Acct #*******4182 | Bank Funds Transfer | | 9999-000 | | 69,166.63 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 102,514.06 | 102,514.06 | 0.00 |
| Less: Bank Transfers/CD's | | 12,514.06 | 69,166.63 | |
| Subtotal | | 90,000.00 | 33,347.43 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 90,000.00 | 33,347.43 | |

Page Subtotals 102,514.06 102,514.06

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-08138 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | T. S. CHADWICK CO. AN ILLINOIS CORPO | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******4182  Checking Account |
| Taxpayer ID No: | *******9808 | | |
| For Period Ending: | 02/25/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7675 | Bank Funds Transfer | 9999-000 | 69,166.63 | | 69,166.63 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 82.11 | 69,084.52 |
| | | 701 POYDRAS STREET | PRO RATA PORTION OF TRUSTEE'S BLANKET | | | | |
| | | SUITE 420 | BOND PREMIUM | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 11/15/12 | 003002 | ILLINOIS DEPARTMENT OF REVENUE | POST-PETITION TAXES | 5800-000 | | 616.00 | 68,468.52 |
| | | P.O. BOX 19053 | FOR YEAR ENDING 10/31/12 | | | | |
| | | SPRINGFIELD, IL 62794-9053 | | | | | |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 68,468.52 | 0.00 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | | 69,166.63 | 69,166.63 | 0.00 |
| Less: Bank Transfers/CD's | | 69,166.63 | 68,468.52 | |
| Subtotal | | 0.00 | 698.11 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 698.11 | |

Page Subtotals     69,166.63     69,166.63

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 09-08138 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | T. S. CHADWICK CO. AN ILLINOIS CORPO | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9052 Checking Account |
| Taxpayer ID No: | *******9808 | | | |
| For Period Ending: | 02/25/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 68,468.52 | | 68,468.52 |
| 02/21/13 | 300001 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 58.01 | 68,410.51 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 68,468.52 | 58.01 | 68,410.51 |
| Less: Bank Transfers/CD's | 68,468.52 | 0.00 | |
| Subtotal | 0.00 | 58.01 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 58.01 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******9900 | 12,568.61 | 54.55 | 0.00 |
| BofA - Checking Account - *******7675 | 90,000.00 | 33,347.43 | 0.00 |
| Checking Account - *******4182 | 0.00 | 698.11 | 0.00 |
| Checking Account - *******9052 | 0.00 | 58.01 | 68,410.51 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 102,568.61 | 34,158.10 | 68,410.51 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    68,468.52    58.01

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-08138
Case Name: T. S. CHADWICK CO.AN ILLINOIS CORPO
Trustee Name: BARRY A. CHATZ

Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: BARRY A. CHATZ | $ | $ | $ |
| Trustee Expenses: BARRY A. CHATZ | $ | $ | $ |
| Attorney for Trustee Fees: ROBBINS, SALOMON & PATT, LTD. | $ | $ | $ |
| Attorney for Trustee Expenses: ROBBINS, SALOMON & PATT, LTD. | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER, KATTEN, LTD. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |
| Other: GREGORY K. STERN, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be    percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Avaya Inc | $ | $ | $ |
| 000002 | Dell Financial Services L.L.C. | $ | $ | $ |
| 000003 | ComEd Co. | $ | $ | $ |
| 000004 | CIT Communications Finance Corporation | $ | $ | $ |
| 000005 | Midwest Specialty Insurance | $ | $ | $ |
| 000006 | U.S. Bank N.A./Retail Payment Solutions aka Elan | $ | $ | $ |
| 000008 | LPB Consulting | $ | $ | $ |
| 000009 | General Electric Capital Corp | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | American Express Bank FSB | $ | $ | $ |
| 000011 | American Express Bank FSB | $ | $ | $ |
| 000012 | Montepelier US Ins Co | $ | $ | $ |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be    percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $    have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be    percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE