UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
T. S. CHADWICK CO. AN ILLINOIS § Case No. 09-08138
CORPO §
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 04/18/2013 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/25/2013     By: /s/ Barry A. Chatz, Trustee
                                Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                  Case No. 09-08138-PSH
T. S. Chadwick Co.an Illinois corporatio                                Chapter 7
              Debtor                 CERTIFICATE OF NOTICE
District/off: 0752-1          User: cturner              Page 1 of 3                  Date Rcvd: Mar 11, 2013
                              Form ID: pdf006            Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2013.
db           +T. S. Chadwick Co.an Illinois corporation,   345 N. Canal Street,   Suite 1307,
               Chicago, IL 60606-1365
13629279     +AT&T,   PO Box 6463,   Carol Stream, IL 60197-6463
13629278     #+AT&T,   PO Box 8100,   Aurora, IL 60507-8100
14048314      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
13629277      American Express Small Business,   c/o Becket & Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13751834     #+Anchor Insurance,   c/o Bravo Tapas & Lounge,   1200 N Independence Ave,
               Romeoville, IL 60446-1057
13629280     +Avaya,   Customer Care Center,   14400 Hertz Quail Spring Pkway,   Oklahoma City, OK 73134-2615
13629281     +Avaya Financial Services,   PO Box 550599,   Jacksonville, FL 32255-0599
13771574     +Avaya Inc,   c/o RMS Bankruptcy Recovery Services,   PO Box 5126,   Timonium, MD 21094-5126
13629282     +Bank of America World Points,   PO Box 15710,   Wilmington, DE 19886-5710
13629284     +Betty Schwartzel,   42409 N. Back Creek Way,   Phoenix, AZ 85086-1238
13629285     +Bravo Tapas & Lounge,   2047 W Division St,   Chicago, IL 60622-3157
13881736     +CIT Communications Finance Corporation,   dba Avaya Financial Services,   1 CIT Drive, Suite 4204,
               Livingston, NJ 07039-5703
13629286     +Caitlin Specialty Insurance Co,   4250 N. Drinkwater,   Suite 250,   Scottsdale, AZ 85251-3901
13629287      Citibusiness Advantage Card,   P O BOX 6410,   The Lakes Nevada 88910
13751833     +David Gaddis & CO,   c/o Bravo Tapas & Lounge,   150 S Wacker Dr Ste 600,
               Chicago, IL 60606-4105
13751836     +David Morse & Associates,   5701 W Dickman Road,   Battle Creek, MI 49037-7310
13751837     +Donald Gaddis Co, Inc,   150 S Wacker Drive Ste 600,   Chicago, IL 60606-4105
13629292     +Fifth Third Bank,   PO Box 740789,   Cincinnati, OH 45274-0789
13629293     +IAT Specialty,   14505 N. Hayden Rd.,   Suite 305,   Scottsdale, AZ 85260-6951
13629294     +Imagetec,   PO Box 3083,   Cedar Rapids, IA 52406-3083
13751838     +Kely & Elliot,   20 N Wacker Drive Ste 530,   Chicago, IL 60606-2803
13751840     +LPB Consulting,   3027 Foxmoor Drive,   Montgomery IL 60538-4091
13751839     +Liberty Insurance Agency,   7111 W Foster Avenue,   Chicago, IL 60656-1967
13629296     +Management Cybernetics,   PO Box 888467,   Atlanta GA 30356-0467
13751841     +Maximum Indepdent Brokers,   222 S Riverside Plaze,   Suite 2340,   Chicago, IL 60606-6116
13751831      Midwest Specialty Insurance,   Suite 207,   Eden Prairie MN 55346
14049056      Montepelier US Ins Co,   H Whitefield Crail Jr,   POB 4673,   Cave Creek, AZ 85327-4673
13629297     +Montpelier US Ins. Co.,   H. Whitfield Crail, Jr.,   PO Box 4673,   Cave Creek, AZ 85327-4673
13751842     +Montpelier US Ins CO,   P O BOX 4030,   Scottsdale, AZ 85261-4030
13751851     +Montpelier US Ins Co,   Stephanie Scheartzel,   P O BOX 4030,   Scottdale AZ 85261-4030
13751843     +Premium Financing Specialists,   22101 17th Ave SE Ste 202,   Bothell WA 98021-7403
13751845     +Surplus Lines Assication,   100 S Wacker Drive,   Suite 350,   Chicago, IL 60606-4022
13751846     +The Lock-up Storage Center,   350 West Kinzie Street,   Chicago, IL 60654-5713
13918828     +U.S. Bank N.A./Retail Payment Solutions aka Elan,   P.O. Box 5229,   Cincinnati, OH 45201-5229
13751847     +UPS,   PO BOX 650580,   Dallas TX 75265-0580
13751848     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,   P O BOX 6353,   Fargo ND 58125)
13629299     +XO Communications,   14239 Collections Center Dr.,   Chicago, IL 60693-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13629278     +E-mail/Text: g17768@att.com Mar 12 2013 05:18:49      AT&T,   PO Box 8100,   Aurora, IL 60507-8100
13629289     +E-mail/Text: legalcollections@comed.com Mar 12 2013 04:50:58      ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
13872096     +E-mail/Text: legalcollections@comed.com Mar 12 2013 04:50:58      ComEd Co.,   2100 Swift Drive,
               Attn.: Bankruptcy Section/Revenue Mgmt.,   OakBrook, IL 60523-1559
13796020      E-mail/Text: resurgentbknotifications@resurgent.com Mar 12 2013 04:18:06
               Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
               Greenville, SC 29603-0390
14062343      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 12 2013 05:29:26
               FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK   73124-8809
14043819     +E-mail/Text: capitalbankruptcynotice@ge.com Mar 12 2013 07:03:48
               General Electric Capital Corp,   1010 Thomas Edison Blvd SW,   Cedar Rapids, IA 52404-8247
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Robbins Salomon & Patt
13629288      CitiMortgage
13629291      Dennis M. Claytons,   Landmark House,   69 Leadenhall Street,   London EC3A 2DB
13629295      Liberty Syndicate Lonsdale Ins.,   Attn: Mr. Roger Livett,   7 Birching Lane,   London EC3B 9BW
13629290*    +ComEd,   Bill Payment Center,   Chicago, IL 60668-0001
13629283    ##+Best Reports,   209 W. Jackson Blvd.,   Suite 402,   Chicago, IL 60606-6934
13751835    ##+Data Source Reports,   601 S LaSalle Street,   Suite 504,   Chicago, IL 60605-1726
13751832    ##Mr Dennis Stein,   Midwest Specialty Insurance,   10285 Yellow Circle Drive,
               Minnetonka MN 55343-9142
13751844    ##+Stephanie Schwartzel,   345 N Canal Street,   Unit 1006,   Chicago, IL 60606-1361
13751849    ##+Stephanie Schwartzel (G),   345 N Canal St Unit 1006,   Chicago, IL 60606-1361
13751850    ##+Stephanie Schwartzel (H),   345 N Canal Street Unit 1006,   Chicago, IL 60606-1361
13629298    ##+UPAC,   PO Box 212516,   Kansas City, MO 64121-2516
```

```
District/off: 0752-1           User: cturner             Page 2 of 3             Date Rcvd: Mar 11, 2013
                               Form ID: pdf006          Total Noticed: 43
```

```
              ***** BYPASSED RECIPIENTS (continued) *****
                                                                       TOTALS: 4, * 1, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2013**                      **Signature:**      *Joseph Speetjens*

```
District/off: 0752-1          User: cturner              Page 3 of 3              Date Rcvd: Mar 11, 2013
                              Form ID: pdf006            Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2013 at the address(es) listed below:

```
          Arthur F Radke    on behalf of Trustee Barry A Chatz aradke@rsplaw.com,  labrams@rsplaw.com
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Beverly A Berneman    on behalf of Defendant   Western Heritage Insurance Co.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.
           com;asimmons@golanchristie.com
          Beverly A Berneman    on behalf of Counter-Claimant   Western Heritage Insurance Co.
           baberneman@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.
           com;asimmons@golanchristie.com
          Bryan K Clark    on behalf of Defendant   Western Heritage Insurance Co. bclark@lathropgage.com
          Christina M Riepel    on behalf of Plaintiff Barry A. Chatz gstern2@flash.net
          Gregory K Stern    on behalf of Plaintiff Barry A. Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          James  Hausler    on behalf of Plaintiff Barry A. Chatz james.e.hausler@gmail.com
          Monica C O'Brien    on behalf of Plaintiff Barry A. Chatz gstern1@flash.net
          Nathaniel J. Pomrenze    on behalf of Debtor   T. S. Chadwick Co.an Illinois corporation
           njp@njpltdlaw.com
          Nathaniel J. Pomrenze    on behalf of Trustee Barry A Chatz njp@njpltdlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard H Fimoff    on behalf of Plaintiff Barry A. Chatz rfimoff@rsplaw.com,  fb@rsplaw.com
          Richard H Fimoff    on behalf of Trustee Barry A Chatz rfimoff@rsplaw.com,  fb@rsplaw.com
          Richard H Fimoff    on behalf of Counter-Defendant Barry A. Chatz rfimoff@rsplaw.com,
           fb@rsplaw.com
          Robert R Benjamin    on behalf of Counter-Claimant   Western Heritage Insurance Co.
           rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.
           com;asimmons@golanchristie.com
          Robert R Benjamin    on behalf of Defendant   Western Heritage Insurance Co.
           rrbenjamin@golanchristie.com,
           lreuther@golanchristie.com;jfunk@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.
           com;asimmons@golanchristie.com
                                                                                               TOTAL: 18
```