# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
T. S. CHADWICK CO.AN ILLINOIS        §        Case No. 09-08138
CORPO
                                                §
            Debtor(s)                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:          Claims Discharged
                                                 Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on    .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BARRY A. CHATZ _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ADJUSTMENT OUT REVERSED IN ERROR | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| ROBBINS, SALOMON & PATT, LTD. | | | | | |
| ROBBINS, SALOMON & PATT, LTD. | | | | | |
| POPOWCER, KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Midwest Specialty Insurance Suite 207 Eden Prairie MN 55346 | | | | | |
| | Creditor # : 10 Best Reports 209 W. Jackson Blvd. Suite 402 Chicago IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 11 Betty Schwartzel 42409 N. Back Creek Way Phoenix AZ 85086 | | | | | |
| | Creditor # : 12 Bravo Tapas & Lounge 2047 W. Division St. Chicago IL 60622 | | | | | |
| | Creditor # : 13 Caitlin Specialty Insurance Co 4250 N. Drinkwater Suite 250 Scottsdale AZ 85251 | | | | | |
| | Creditor # : 14 Citibusiness Advantage Card PO Box 6410 The Lakes Nevada 88910 | | | | | |
| | Creditor # : 15 ComEd Bill Payment Center Chicago IL 60668 | | | | | |
| | Creditor # : 16 ComEd Bill Payment Center Chicago IL 60668 | | | | | |
| | Creditor # : 17 Data Source Reports 601 S. LaSalle Street Suite Suite 504 Chicago IL 60605 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 18 David Morse & Associates 5701 W. Dickman Road Battle Creek MI 49015 | | | | | |
| | Creditor # : 19 Dennis M. Claytons Landmark House 69 Leadenhall Street London EC3A 2DB | | | | | |
| | Creditor # : 2 American Express Small Bus. PO Box 30363 Salt Lake City UT 84130-0285 | | | | | |
| | Creditor # : 20 Donald Gaddis Co., Inc. 150 S. Wacker Drive Suite 600 Chicago IL 60606 | | | | | |
| | Creditor # : 21 Fifth Third Bank PO Box 740789 Cincinnati OH 45274 | | | | | |
| | Creditor # : 22 IAT Specialty 14505 N. Hayden Rd. Suite 305 Scottsdale AZ 85260 | | | | | |
| | Creditor # : 23 Imagetec PO Box 3083 Cedar Rapids IA 52406 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 24 Kely & Elliot 20 N. Wacker Drive Suite 530 Chicago IL 60606 | | | | | |
| | Creditor # : 25 Liberty Insurance Agency 7111 W. Foster Avenue Chicago IL 60656 | | | | | |
| | Creditor # : 26 Liberty Syndicate Lonsdale Ins Attn: mr. Roger Livett 7 Birching Lane London EC3B 9BW | | | | | |
| | Creditor # : 27 LPB Consulting 3027 Foxmoor Drive Montgomery IL 60538 | | | | | |
| | Creditor # : 28 Management Cybernetics PO Box 888467 Atlanta GA 30356 | | | | | |
| | Creditor # : 29 Maximum Independent Brokers 222 S. Riverside Plaze Suite 2340 Chicago IL 60606 | | | | | |
| | Creditor # : 3 AT&T PO Box 6463 Carol Stream IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 30 Montpelier US Ins. Co. PO Box 4030 Scottsdale AZ 85261 | | | | | |
| | Creditor # : 31 Premium Financing Specialists 22101 17th Ave. SE Suite 202 Bothell WA 98021 | | | | | |
| | Creditor # : 32 Stephanie Schwartzel 345 N. Canal Street Unit 1006 Chicago IL 60606 | | | | | |
| | Creditor # : 33 Surplus Lines Association 100 S. Wacker Drive Suite 350 Chicago IL 60606 | | | | | |
| | Creditor # : 34 The Lock-up Storage Center 350 West Kinzie Street Chicago IL 60610 | | | | | |
| | Creditor # : 35 UPAC PO Box 212516 Kansas City MO 64121 | | | | | |
| | Creditor # : 36 UPS PO Box 650580 Dallas TX 75265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 37 US Bank PO Box 6353 Fargo ND 58125 | | | | | |
| | Creditor # : 38 US Bank PO Box 6353 Fargo ND 58125 | | | | | |
| | Creditor # : 39 XO Communications 14239 Collections Center Dr. Chicago IL 60693 | | | | | |
| | Creditor # : 4 AT&T PO Box 8100 Aurora IL 60507 | | | | | |
| | Creditor # : 5 AT&T PO Box 8100 Aurora IL 60507 | | | | | |
| | Creditor # : 6 AT&T PO Box 8100 Aurora IL 60507 | | | | | |
| | Creditor # : 7 Avaya Customer Care Center 14400 Hertz Quail Spring Pkway Oklahoma City OK 73134 | | | | | |
| | Creditor # : 8 Avaya Financial Services PO Box 550599 Jacksonville FL 32255 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 9 Bank of America World Points PO Box 15710 Wilmington DE 19886 | | | | | |
| | Representing: Bravo Tapas & Lounge | | | | | |
| | Representing: Bravo Tapas & Lounge | | | | | |
| | Representing: Midwest Specialty Insurance | | | | | |
| | Representing: Montpelier US Ins. Co. | | | | | |
| 000010 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000011 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000001 | AVAYA INC | | | | | |
| 000007 | BETTY SCHWARTZEL | | | | | |
| 000004 | CIT COMMUNICATIONS FINANCE CORPORAT | | | | | |
| | CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | COMED CO. | | | | | |
| 000002 | DELL FINANCIAL SERVICES L.L.C. | | | | | |
| 000013 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000009 | GENERAL ELECTRIC CAPITAL CORP | | | | | |
| 000008 | LPB CONSULTING | | | | | |
| 000005 | MIDWEST SPECIALTY INSURANCE | | | | | |
| 000012 | MONTEPELIER US CO | | | | | |
| 000006 | U.S. BANK N.A./RETAIL PAYMENT SOLUT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit 8

| Case No: | 09-08138 | PSH | Judge: PAMELA S. HOLLIS |
|---|---|---|---|
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO | | |

For Period Ending:  04/20/14

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Date Filed (f) or Converted (c): | 03/11/09 (f) |
| 341(a) Meeting Date: | 04/03/09 |
| Claims Bar Date: | 07/07/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 14,000.00 | 12,560.64 | OA | 12,560.64 | FA |
| 2. CONTINGENT CLAIMS | 0.00 | 0.00 | OA | 90,000.00 | FA |
| CLAIM AGAINST WESTERN HERITAGE INSURANCE CO. FOR EXCESS PROFITS PER BINDING CONTRACT ON POLICIES UDERWRITTEN AND/OR ISSUED | | | | | |
| 3. OFFICE EQUIPMENT | 1,000.00 | Unknown | OA | 0.00 | FA |
| MISCELLANEOUS OFFICE FURNITURE IN DEBTOR'S POSSESSION | | | | | |
| 4. MACHINERY AND SUPPLIES | 500.00 | Unknown | OA | 0.00 | FA |
| 2 COMPUTERS IN DEBTOR'S POSSESSION | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | OA | 7.97 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $15,500.00 | $12,560.64 | | $102,568.61 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL FUNDS DISTRIBUTED; PREPARE TDR

Initial Projected Date of Final Report (TFR): 06/30/10        Current Projected Date of Final Report (TFR): 04/18/13

FORM 2                                                                                                    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-08138 | |
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******9900  Money Market Account (Interest Earn | |

| | |
|---|---|
| Taxpayer ID No: | *******9808 |
| For Period Ending: | 04/20/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/03/09 | 1 | T S CHADWICK COMPANY | BANK ACCOUNT | 1129-000 | 12,494.69 | | 12,494.69 |
| 04/03/09 | 1 | T S CHADWICK COMPANY | BANK ACCOUNT | 1129-000 | 65.95 | | 12,560.64 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.24 | | 12,560.88 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,561.20 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,561.51 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,561.83 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,562.15 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,562.46 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,562.78 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,563.09 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,563.41 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,563.73 |
| 02/12/10 | 000301 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 12.29 | 12,551.44 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.29 | | 12,551.73 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,552.05 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,552.36 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,552.68 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,552.99 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,553.31 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,553.63 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,553.94 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,554.26 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,554.57 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,554.89 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.32 | | 12,555.21 |

|  | Page Subtotals | 12,567.50 | 12.29 |
|---|---|---|---|

Ver: 17.05c

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-08138 |
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO |
| | |
| Taxpayer ID No: | *******9808 |
| For Period Ending: | 04/20/14 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9900  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/04/11 | 000302 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 10.83 | 12,544.38 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,544.48 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,544.59 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,544.69 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,544.80 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,544.90 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,545.00 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,545.11 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,545.21 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,545.32 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.98 | 12,529.34 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,529.44 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.45 | 12,513.99 |
| 12/20/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 12,514.06 |
| 12/20/11 | | Transfer to Acct #*******7675 | Bank Funds Transfer | 9999-000 | | 12,514.06 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 12,568.61 | 12,568.61 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 12,514.06 | |
| Subtotal | 12,568.61 | 54.55 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,568.61 | 54.55 | |

Page Subtotals         1.11         12,556.32

Ver: 17.05c

**FORM 2**

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-08138 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7675  BofA - Checking Account |
| Taxpayer ID No: | *******9808 | | | |
| For Period Ending: | 04/20/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | | Transfer from Acct #*******9900 | Bank Funds Transfer | 9999-000 | 12,514.06 | | 12,514.06 |
| 01/17/12 | 2 | Western Heritage Insurance Company | LITIGATION SETTLEMENT | 1121-000 | 90,000.00 | | 102,514.06 |
| | | | Bank Serial #: 000000 | | | | |
| 01/18/12 | 003001 | Robbins, Salomon & Pratt, Ltd | ATTORNEY FOR TRUSTEE | | | 33,347.43 | 69,166.63 |
| | | 25 E. Washington Street | PURSUANT TO 1/12/12 COURT ORDER | | | | |
| | | Suite 1000 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees       23,851.10 | 3210-000 | | | |
| | | | Expenses    9,496.33 | 3220-000 | | | |
| 01/20/12 | | Transfer to Acct #*******4182 | Bank Funds Transfer | 9999-000 | | 69,166.63 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 102,514.06 | 102,514.06 | 0.00 |
| | Less:  Bank Transfers/CD's | | | 12,514.06 | 69,166.63 | |
| | Subtotal | | | 90,000.00 | 33,347.43 | |
| | Less:  Payments to Debtors | | | | 0.00 | |
| | Net | | | 90,000.00 | 33,347.43 | |

Page Subtotals       102,514.06       102,514.06

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2                                                                                          Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-08138 | |
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******4182  Checking Account | |

Taxpayer ID No: *******9808
For Period Ending: 04/20/14

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/20/12 | | Transfer from Acct #*******7675 | Bank Funds Transfer | 9999-000 | 69,166.63 | | 69,166.63 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 82.11 | 69,084.52 |
| | | 701 POYDRAS STREET | PRO RATA PORTION OF TRUSTEE'S BLANKET | | | | |
| | | SUITE 420 | BOND PREMIUM | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 11/15/12 | 003002 | ILLINOIS DEPARTMENT OF REVENUE | POST-PETITION TAXES | 5800-000 | | 616.00 | 68,468.52 |
| | | P.O. BOX 19053 | FOR YEAR ENDING 10/31/12 | | | | |
| | | SPRINGFIELD, IL 62794-9053 | | | | | |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | 68,468.52 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 69,166.63 | 69,166.63 | 0.00 |
| Less:  Bank Transfers/CD's | 69,166.63 | 68,468.52 | |
| Subtotal | 0.00 | 698.11 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 698.11 | |

Page Subtotals          69,166.63          69,166.63

FORM 2

Page: 5

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 09-08138 | Trustee Name: BARRY A. CHATZ |
| Case Name: T. S. CHADWICK CO.AN ILLINOIS CORPO | Bank Name: BANK OF NEW YORK  MELLON |
| | Account Number / CD #: *******9052  Checking Account |
| Taxpayer ID No: *******9808 | |
| For Period Ending: 04/20/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | | 9999-000 | 68,468.52 | | 68,468.52 |
| 02/21/13 | 300001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | CHAPTER 7 BOND PREMIUM | | 2300-000 | | 58.01 | 68,410.51 |
| * 03/07/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | | 2600-003 | | 32.83 | 68,377.68 |
| * 04/05/13 | | BANK OF NEW YORK  MELLON | BANK SERVICE FEE | | 2600-003 | | 101.65 | 68,276.03 |
| * 04/16/13 | | Reverses Adjustment OUT on 03/07/13 | BANK SERVICE FEE FEES CHARGED IN ERROR | | 2600-003 | | -32.83 | 68,308.86 |
| * 04/16/13 | | Reverses Adjustment OUT on 04/05/13 | BANK SERVICE FEE REVERSE BANK CHARGE THAT WAS CHARGED IN ERROR (AFTER PREPARATION OF TFR) | | 2600-003 | | -101.65 | 68,410.51 |
| 04/18/13 | 300002 | BARRY A. CHATZ 120 S. RIVERSIDE PLAZA SUITE 1200 CHICAGO, IL  60606 | Chapter 7 Compensation/Expense | | | | 8,493.89 | 59,916.62 |
| | | | Fees | 8,378.43 | 2100-000 | | | |
| | | | Expenses | 115.46 | 2200-000 | | | |
| 04/18/13 | 300003 | GREGORY K. STERN, P.C. 53 WEST JACKSON BOULEVARD SUITE 1442 CHICAGO, IL 60604 | Attorney for Trustee Fees (Other Fi | | 3210-000 | | 6,195.00 | 53,721.62 |
| 04/18/13 | 300004 | POPOWCER, KATTEN, LTD. ATTN:  LOIS WEST 35 EAST WACKER DRIVE SUITE 1550 CHICAGO, IL 60601 | ACCOUNTANT FOR TRUSTEE | | 3410-000 | | 1,012.00 | 52,709.62 |
| 04/18/13 | 300005 | Avaya Inc | Claim 000001, Payment 29.25% | | 7100-000 | | 70.80 | 52,638.82 |

Page Subtotals    68,468.52    15,829.70

Ver: 17.05c

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 09-08138 | |
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO | |
| Taxpayer ID No: | *******9808 | |
| For Period Ending: | 04/20/14 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | BANK OF NEW YORK  MELLON | |
| Account Number / CD #: | *******9052  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD 21094 | | | | | |
| 04/18/13 | 300006 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Claim 000002, Payment 29.25% | 7100-000 | | 121.21 | 52,517.61 |
| * 04/18/13 | 300007 | ComEd Co.<br>2100 Swift Drive<br>Attn.: Bankruptcy Section/Revenue Mgmt.<br>OakBrook, IL 60523 | Claim 000003, Payment 29.25% | 7100-003 | | 193.09 | 52,324.52 |
| 04/18/13 | 300008 | CIT Communications Finance Corporation<br>dba Avaya Financial Services<br>1 CIT Drive, Suite 4204<br>Livingston, NJ 07039 | Claim 000004, Payment 29.25% | 7100-000 | | 2,879.98 | 49,444.54 |
| * 04/18/13 | 300009 | Midwest Specialty Insurance<br>Attn:  Mr. Dennis Stein<br>10285 Yellow Circle Drive<br>Minnetonka MN 55343-9142 | Claim 000005, Payment 29.25% | 7100-003 | | 703.09 | 48,741.45 |
| 04/18/13 | 300010 | U.S. Bank N.A./Retail Payment Solutions aka Elan<br>P.O. Box 5229<br>Cincinnati, OH 45201 | Claim 000006, Payment 29.25% | 7100-000 | | 32.13 | 48,709.32 |
| 04/18/13 | 300011 | LPB Consulting<br>3027 Foxmoor Drive<br>Montgomery IL 60538 | Claim 000008, Payment 29.25% | 7100-000 | | 61.42 | 48,647.90 |
| 04/18/13 | 300012 | Annjanette Winters<br>3230 North Gibbons Parkway<br>Cedar Rapids, IA 32359 | Claim 000009, Payment 29.25% | 7100-000 | | 5,168.33 | 43,479.57 |
| 04/18/13 | 300013 | American Express Bank FSB<br>c/o Becket and Lee LLP | Claim 000010, Payment 29.25% | 7100-000 | | 11,508.33 | 31,971.24 |

Page Subtotals                  0.00        20,667.58

Ver: 17.05c

FORM 2

Page: 7

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-08138 |
|---|---|
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO |

| Taxpayer ID No: | *******9808 |
|---|---|
| For Period Ending: | 04/20/14 |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Bank Name: | BANK OF NEW YORK MELLON |
| Account Number / CD #: | *******9052 Checking Account |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
|---|---|
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | POB 3001 Malvern PA 19355-0701 | | | | | |
| | 04/18/13 | 300014 | American Express Bank FSB c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Claim 000011, Payment 29.23% | 7100-000 | | 8.77 | 31,962.47 |
| | 04/18/13 | 300015 | MONTPELIER US CO 1110 PAIGE STREET HOUSTON, TX 77003 | Claim 000012, Payment 29.25% | 7100-000 | | 29,764.22 | 2,198.25 |
| | 04/18/13 | 300016 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000013, Payment 29.25% | 7100-000 | | 2,198.25 | 0.00 |
| * | 07/26/13 | 300007 | ComEd Co. 2100 Swift Drive Attn.: Bankruptcy Section/Revenue Mgmt. OakBrook, IL 60523 | Claim 000003, Payment 29.25% Distribution check not cashed | 7100-003 | | -193.09 | 193.09 |
| * | 07/26/13 | 300009 | Midwest Specialty Insurance Attn: Mr. Dennis Stein 10285 Yellow Circle Drive Minnetonka MN 55343-9142 | Claim 000005, Payment 29.25% Distribution check not cashed | 7100-003 | | -703.09 | 896.18 |
| * | 09/18/13 | | TO LINK BANKING TRANSACTIONS | ADJUSTMENT OUT | 2600-003 | 32.83 | | 929.01 |
| * | 09/18/13 | | TO LINK BANKING TRANSACTIONS | ADJUSTMENT OUT | 2600-003 | 101.65 | | 1,030.66 |
| * | 09/19/13 | | Reverses Adjustment IN on 09/18/13 | ADJUSTMENT OUT | 2600-003 | -32.83 | | 997.83 |
| * | 09/19/13 | | Reverses Adjustment IN on 09/18/13 | ADJUSTMENT OUT | 2600-003 | -101.65 | | 896.18 |
| | 12/04/13 | 300017 | ComEd Co. 2100 Swift Drive Attn.: Bankruptcy Section/Revenue Mgmt. OakBrook, IL 60523 | UNSECURED CLAIM TO REPLACE CHECK #300007 | 7100-000 | | 193.09 | 703.09 |
| * | 12/09/13 | | BANK FEE | ADJUSTMENT OUT | 2600-003 | 2.50 | | 705.59 |

| | Page Subtotals | 2.50 | 31,268.15 | |
|---|---|---|---|---|

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

Ver: 17.05c

FORM 2                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-08138 | |
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO | |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK  MELLON |
| Account Number / CD #: | *******9052  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******9808 |
| For Period Ending: | 04/20/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/16/13 | | Reverses Adjustment IN on 12/09/13 | ADJUSTMENT OUT SHOULD HAVE BEEN RECORDED AS A DISBURSEMENT AMOUNT (-2.50) | 2600-003 | -2.50 | | 703.09 |
| * 12/20/13 | 300018 | Midwest Specialty Insurance Attn:  Mr. Dennis Stein 10285 Yellow Circle Drive Minnetonka MN 55343-9142 | GENERAL UNSECURED CLAIM RE-ISSUE OF ORIGINAL CHECK 300009 | 7100-003 | | 700.59 | 2.50 |
| * 12/20/13 | 300018 | Midwest Specialty Insurance Attn:  Mr. Dennis Stein 10285 Yellow Circle Drive Minnetonka MN 55343-9142 | GENERAL UNSECURED CLAIM | 7100-003 | | -700.59 | 703.09 |
| * 12/20/13 | 300019 | United States Bankruptcy Court 219 South Dearborn Street Chicago, IL 60604 | GENERAL UNSECURED CLAIM RE-ISSUE OF ORIGINAL UNCASHED CHECK 300009 | 7100-003 | | 700.59 | 2.50 |
| * 12/24/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT SERVICE FEE | 2600-003 | | 2.50 | 0.00 |
| * 03/26/14 | 300019 | United States Bankruptcy Court 219 South Dearborn Street Chicago, IL 60604 | GENERAL UNSECURED CLAIM STALE CHECK - RE-ISSUE | 7100-003 | | -700.59 | 700.59 |
| * 03/26/14 | | Reverses Adjustment OUT on 12/24/13 | ADJUSTMENT OUT | 2600-003 | | -2.50 | 703.09 |
| 03/26/14 | | ADJUSTMENT OUT REVERSED IN ERROR | ADJUSTMENT OUT | 2600-000 | | 2.50 | 700.59 |
| 03/27/14 | 300020 | CLERK OF THE U.S. BANKRUPTCY COURT | UNSECURED CLAIM TURNOVER TO THE BANKRUPTCY COURT OF UN-NEGOTIATED CHECK  #300018 TO MIDWEST SPECIALTY INSURANCE | 7100-000 | | 700.59 | 0.00 |

| | | | |
|---|---|---|---|
| Page Subtotals | | -2.50 | 703.09 |

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    9

Exhibit 9

| Case No: | 09-08138 | Trustee Name: | BARRY A. CHATZ |
| Case Name: | T. S. CHADWICK CO.AN ILLINOIS CORPO | Bank Name: | BANK OF NEW YORK  MELLON |
| | | Account Number / CD #: | *******9052  Checking Account |
| Taxpayer ID No: | *******9808 | | |
| For Period Ending: | 04/20/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 68,468.52 | 68,468.52 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 68,468.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 68,468.52 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 68,468.52 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******9900 | 12,568.61 | 54.55 | 0.00 |
| BofA - Checking Account - ********7675 | 90,000.00 | 33,347.43 | 0.00 |
| Checking Account - ********4182 | 0.00 | 698.11 | 0.00 |
| Checking Account - ********9052 | 0.00 | 68,468.52 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 102,568.61 | 102,568.61 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

Ver: 17.05c

LFORM24